**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-81518-CIV-RYSKAMP/HOPKINS

HARWICK CHYA ABRAM,

      Plaintiff,

v.

ISIDRO GARCIA, GARCIA
LAW FIRM P.A.,

      Defendants.

_____/

**ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

THIS CAUSE comes before the Court *sua sponte*.  On February 1, 2016 **[DE 19]**, the

Court allotted Plaintiff ten days to show why this action should not be dismissed for lack of

federal jurisdiction.  Federal district courts have original jurisdiction over civil actions

involving the laws of the United States, *see* 28 U.S.C. § 1331, and over civil actions based on

state law where the amount in controversy exceeds $75,000 and no plaintiff is from the same

state as any defendant.  *See* 28 U.S.C. §1332(a).  The court may raise the issue of subject matter

jurisdiction at any stage in a civil action.  *See Cadet v. Bulger*, 377 F.3d 1173, 1179 (11th Cir.

2004) (the Court is "obligated to inquire into subject matter jurisdiction *sua sponte* whenever it

may be lacking.") (quotation omitted).  The complaint alleges no federal claims, does not allege

an amount in controversy and does not allege the citizenship of the parties.

Since the issuance of the order to show cause, Plaintiff has filed a "statement requesting

defendants insurance declaration pages" **[DE 20]**, an acknowledgment of service **[DE 21]** and a

motion for default judgment **[DE 22]**.  None of these documents make any showing of federal

2

jurisdiction.  It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITHOUT

PREJUDICE for lack of subject matter jurisdiction.  The Clerk of Court shall CLOSE this case

and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 18th day of

February, 2016.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE